# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

HADE KASEEH,

Petitioner,

v.

WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 5:26-cv-02094-DKW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Hade Kaseeh. No party filed objections to the Report and Recommendation within the time permitted. (ECF 14.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition (ECF 1) is **granted** as to Claim One;

3. Claims Two in the Petition is denied as moot in light of the relief granted as to Claim One;

4. Petitioner shall be released from immigration detention on the

parole conditions previously imposed within 24 hours of this Order; and

5. Respondents shall file a status report within two court days confirming their compliance with the Court's order. Once such confirmation is received, judgment will be entered consistent with this Order.

DATED: ____05/14/2026____                    ____/s/____

HONORABLE DERRICK K. WATSON
CHIEF UNITED STATES DISTRICT JUDGE