JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

HADE KASEEH,

          Petitioner,

      v.

WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al,

          Respondent.

No. 5:26-cv-02094-DKW-BFM

**JUDGMENT**

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation (ECF 16), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. Respondents report that Petitioner has been released from Respondents' custody. (ECF 20.) The Court therefore directs the Clerk of Court to close this case.

DATED: MAY 19, 2026

/s/
_____
HON. DERRICK J. WATSON
CHIEF UNITED STATES DISTRICT JUDGE